**Order entered November 28, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00901-CV

## IN THE INTEREST OF M.M., A CHILD

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 97410CC**

## ORDER

Before the Court is the Texas Department of Family and Protective Services November 27, 2018 motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 18, 2018. We caution that further extension requests will be disfavored.


/s/     DAVID EVANS
        JUSTICE